**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    ED CV 08-01018-SGL(SHx)                                              Date:  August 18, 2008

Title:    VINCENT W. ZIEGLER -v- CITY OF PALM SPRINGS and DAVID READY
========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

        Jim Holmes                                            None Present
        Courtroom Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                   None present

PROCEEDINGS:     ORDER TO SHOW CAUSE

     On August 13, 2008, <u>plaintiff</u> Vincent Ziegler filed a notice of removal with this Court, seeking to remove a state court action Ziegler himself had earlier filed in Riverside County Superior Court (Case No. 76563, <u>Ziegler v. City of Palm Springs and David Ready</u>), alleging various claims. Only a <u>defendant</u> can remove a state court action to federal court.  See 28 U.S.C. § 1441(a) ("any civil action brought in a State court . . . may be removed by the defendant or the defendants"); <u>see also</u> 16 James Wm. Moore, Moore's Federal Practice § 107.11[1][a] (3rd ed. 2008) ("under the general removal statute, only defendants are permitted to remove a civil action from a state court to the district court for the district and division within which the action is pending; no statutory provision permits plaintiffs to remove an action").

     Given that the <u>plaintiff</u> in the state court action has sought to remove the state court matter to this Court, plaintiff is hereby **ORDERED TO SHOW CAUSE** within ten days of the date of this Order to demonstrate why this case should not be remanded to state court.

     IT IS SO ORDERED.

MINUTES FORM 90                                                             Initials of Deputy Clerk __jh_____
CIVIL -- GEN                                          1